Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

FILED 10 APR 26 12:05USDC-ORP

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

ROBERTA DENNY

      Plaintiff,

      v.

MICHAEL J. ASTRUE
Commissioner of Social Security,

      Defendant.

CV 09-6121-BR

ORDER FOR EAJA
ATTORNEY FEES

      Based upon the stipulation of the parties, the Court orders the Commissioner of Social Security Administration to pay Equal Access to Justice Award (EAJA) attorney fees in the amount of $6,135.31 for attorney fees awarded to Plaintiff and payable to Plaintiff's attorney to be mailed to Plaintiff's attorney at PO Box 98, Summertown, TN. 38483.

      It is so ORDERED

Dated this 26th, day of April, 2010

_____
United States District Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES